8-18-22

Emergency

From: Ms. Antonio Crawford
Fed # 43793-424 U.S. Penitentiary
P.O. box 24550 Tucson, AZ
85734

FILED
AUG 26 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Deputy U.S. Marshal

RE: Seeking Help Fear For my life at above Penitentiary and Administrators is the cause

Good morning I am a Transgender Female who is confined in the above Federal Penitentiary Special Housing unit, I'm writing you Due to I Fear For my life, remaining a hold over at this Penitentiary, due to Facts; 12.3.2021 I filed a Federal lawsuit, against this Penitentiary (administration) For it's Intentional Failure, to Provide for my medical needs.[*] 2022 Year they became aware of my lawsuit and is Now retaliating against me, by Subjecting me to Sexual Abuses and Forcing me to be around the Staff A. Gonzalas who keep saying inappropriate sexual comments to me. I Notified The Special Housing unit (SHU) Lt. Keil and Psychology Service at this Prison, they did a PREA report but distorted my statements so It can seem   back Page

[*] See Antonio Crawford V. Unknown Tubb et al CV-21-00498 D.AZ

Inconsitent in order to save there fellow employee (who committed the sexual act) reputation and Job. Now he countinues to work in close proximity around me and keep saying inappropriate sexual comments to me, because he feel he is untouchable from, liability. All of this is retaliation from this Penientiary Administration, due to me securing my rights through a lawsuit. I am now in the U.S. Marshal custody, due to I have been designated since June of this year, and to countinue there retaliation the USP-Tucson is holding up my medical procedure for Sickle cell to deter me from escaping there abuses (there telling medical to do not do procedures) 8-15-22 The Marshal's came to transfer me and USP-Tucson Administration told them my medical procedure is not done. Than I was sexually abused in close proximity to that and countinues to be. The USP-Tucson is not keeping me safe and is inflicting mental harm on me to the point it can impair my ability to function. My mom in Illinois is aware and is bringing this cruel matter to the news Please help me Please Protect me the Constitution charges you for while in your custody.

mailed also to
x
Fox news 1211 Avenue of Americas NY, NY 10036

P.S. Ms. Crawford

* U.S. Department of Justice building
950 Pennsylvai Ave NW Washington D.C. 20493

Antonio Crawford
#43743-424
United States Penitentiary
"USP-Tucson"
P.O. Box 24550
Tucson, AZ
85734
Special Legal mail 61802-107142

PHOENIX AZ 852
22 AUG 2022 PM 6 L



U.S District Courthouse
central District Illinois
Federal building
United States Marshal office
100 N.E. Monroe
Peoria, Illinois